James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market Street, Ste. 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors,
Jack and Donna Galante

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

JACK GALANTE and
DONNA GALANTE,

              Debtors.

Case No.: 12-58139

CHAPTER 11

**MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF FORMS [11 U.S.C. § 105, Fed. R. Bankr. P. 3017-1]**

      Debtors Jack and Donna Galante (hereinafter "Debtors") hereby move this Court, pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 3017-1, for an Order authorizing the use of forms and establishing procedures for approval of Debtors' disclosure statement and confirmation of Debtors' Chapter 11 Plan. In order for Debtors to reorganize cost-effectively, Debtors request that the Court authorize the use of the following proposed forms:

      1.    Individual Debtor(s) Disclosure Statement.

      2.    Individual Debtor(s) Plan.

      3.    Notice to Creditors of Hearing on Plan Confirmation.

      4.    Other Plan and/or Disclosure Statement: (Attached proposed document as an Exhibit).

MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF FORMS AND ESTABLISHING PROCEDURES FOR APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN – 1

Case: 12-58139   Doc# 10   Filed: 11/13/12   Entered: 11/13/12 15:50:41   Page 1 of 2

November 13, 2012

Respectfully submitted,

/s/ *RAY D. HACKE*

Ray D. Hacke
Attorney for Debtors
Jack and Donna Galante

MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF FORMS AND ESTABLISHING PROCEDURES FOR APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN – 2

Case: 12-58139   Doc# 10   Filed: 11/13/12   Entered: 11/13/12 15:50:41   Page 2 of 2