

**The following constitutes**
**the order of the court. Signed December 13, 2012**

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

DONNA GALANTE AND JACK C. GALANTE,

        Debtors.

Case No. 12-58139 CN
Chapter 11

**ORDER DENYING MOTION TO PAY UTILITY SERVICE PROVIDERS**

On December 13, 2012, the Court conducted a hearing on Debtors' Motion to Pay Utility Service Providers. 2012. Appearances were stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that for the reasons stated on the record, the Debtors' Motion to Pay Utility Service Providers is denied.

**\* \* \* END OF ORDER \* \* \***

1

**ORDER DENYING MOTION TO PAY UTILITY SERVICE PROVIDERS**

Case No. 12-58139 CN

**COURT SERVICE LIST**

Donna Galante
6590 Crystal Springs Drive
San Jose, CA 95120

Jack C Galante
6590 Crystal Springs Drive
San Jose, CA 95120

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES BANKRUPTCY COURT**
**For The Northern District Of California**

2

**ORDER DENYING MOTION TO PAY UTILITY SERVICE PROVIDERS**