James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market St., Suite 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors
Jack C. and Donna Galante

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>JACK C. GALANTE and<br>DONNA GALANTE,<br><br>Debtors. | Case No.: 12-58139 (CN)<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE: SCHEIN & CAI LLP'S APPLICATION FOR COMPENSATION**<br><br>**Date:** April 24, 2014<br>**Time:** 11 a.m.<br>**Place:** U.S. Bankruptcy Court<br>280 S. First Street<br>Room 3070<br>San Jose, CA 95113<br>**Judge:** Hon. Charles Novack |

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that at the above-stated date, time and location, there will be a hearing on Schein & Cai LLP's Application for Compensation. Any party who wishes to oppose the motion may do so at the hearing. No written response is required.

March 10, 2014

                                                            Respectfully submitted,
                                                            SCHEIN & CAI LLP
                                                            /s/ *RAY D. HACKE*

                                                            Ray D. Hacke
                                                           Attorney for Debtors
                                                           Jack and Donna Galante