James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market St., Suite 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors
Jack C. and Donna Galante

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>JACK C. GALANTE and<br>DONNA GALANTE,<br><br>    Debtors. | Case No.: 12-58139 (CN)<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE: DEBTORS' FINAL REPORT AND ACCOUNTING AND REQUEST FOR DISCHARGE AND FINAL DECREE**<br><br>**Date:** April 24, 2014<br>**Time:** 11 a.m.<br>**Place:** U.S. Bankruptcy Court<br>   280 S. First Street<br>   Room 3070<br>   San Jose, CA 95113<br>**Judge:** Hon. Charles Novack |

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that at the above-stated date, time and location, there will be a hearing on Debtors JACK C. GALANTE and DONNA GALANTE's Final Report and Accounting and Request for Discharge and Final Decree.

Any party who wishes to oppose the motion may do so at the hearing. No written response is required.

March 28, 2014

Respectfully submitted,
SCHEIN & CAI LLP
/s/ *RAY D. HACKE*

Ray D. Hacke
Attorney for Debtors
Jack and Donna Galante