

James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market St., Suite 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors
Jack and Donna Galante

The following constitutes
the order of the court. Signed April 28, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

JACK C. GALANTE and
DONNA GALANTE,

           Debtors.

Case No.: 12-58139

CHAPTER 11

**ORDER GRANTING DEBTORS' REQUEST FOR DISCHARGE AND FINAL DECREE**

On March 28, 2014, Debtors JACK C. GALANTE and DONNA GALANTE (hereinafter collectively "Debtors") filed their Final Report and Accounting and Request for Final Decree (hereinafter "Motion"). The Court finds that notice of the Motion on Debtors' creditors was proper.

The Court having determined that Debtors have executed their Chapter 11 Liquidating Plan of Reorganization, which the Court confirmed on February 21, 2014, the Court hereby orders as follows:

1. Debtors' Motion is GRANTED.
2. Debtors' debts are hereby discharged.
3. The herein case is dismissed.

*** END OF ORDER ***

**COURT SERVICE LIST**